Cause No. 874978-D       02-22-15
61,919-11

Dear Clerk;

On January 29, 2015 the 263 Rd Judicial District Court of Harris County in Houston, Texas, adopted the States Proposed Findings of Facts and Conclusions of Law, on NEW EVIDENCE and Actual INNOCENCE, by omitted evidence by the States Prosecutor.

I am in need of the status of this case, since the Trial Courts Clerk was ordered to transmit all papers and records in the above numbered cause.

"Sincerely Thanks", for I know your time is valuable, and crowded with other work.

*Loyd Landon Sorrow*

P.S. Please; list what has been provided on the cause of this case.

Loyd Landon Sorrow #134905
C.T. Terrell Unit - 1800#16
1300 F.M. 655
Rosharon, Texas
77583.

RECEIVED IN
COURT OF CRIMINAL APPEALS
FEB 25 2015
Abel Acosta, Clerk

C.C. File 1 of 2